MICHAEL G. KING (SBN 145477)
mking@hgla.com
HENNELLY & GROSSFELD LLP
4640 Admiralty Way, Suite 850
Marina del Rey, CA 90292
Telephone:  (310) 305-2100
Facsimile:   (310) 305-2116

FRANK G. SMITH
frank.smith@alston.com
ROBIN L. MCGRATH
robin.mcgrath@alston.com
ALSTON & BIRD, LLP
1201 West Peachtree Street
Atlanta, Georgia 30309
Telephone:  (404) 881-7000
Facsimile:   (404) 881-7777

Attorneys for Plaintiffs and Counterclaim-Defendants,
MOVE, INC., NATIONAL ASSOCIATION OF REALTORS, and
NATIONAL ASSOCIATION OF HOME BUILDERS.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| MOVE, INC., ET AL.,<br><br>    Plaintiffs,<br><br>    v.<br><br>REAL ESTATE ALLIANCE LTD., ET AL.,<br><br>    Defendants.<br><br>REAL ESTATE ALLIANCE LTD.,<br><br>    Counterclaim-Plaintiff,<br><br>    v.<br><br>MOVE, INC., ET AL.,<br><br>    Counterclaim-Defendants. | Case No. 2:07-CV-02185-(AJWx)<br>Assigned to:  George H. King<br><br>**PLAINTIFFS' NOTICE OF MOTION AND UNOPPOSED MOTION FOR LEAVE TO TAKE DEPOSITION OF IMPRISONED WITNESS B. JAY BAGDIS**<br><br>Case Filed:                    Apr. 3, 2007<br>2d Am. Complaint Filed: Jan. 12, 2009<br>Counterclaims Filed:      Feb. 11, 2009<br><br>Discovery Cutoff:      Sept. 17, 2009<br>Pretrial Conference:   TBD<br>Trial:                          TBD<br><br>Hearing Date:    Aug. 17, 2009<br>Hearing Time:   9:30 a.m. |

*Move, Inc. v. Real Estate Alliance Ltd., et al.*,
**07-cv-2185**

MOTION FOR LEAVE
TO DEPOSE B. JAY BAGDIS

LEGAL02/31409409v1

PLEASE TAKE NOTICE that Plaintiffs and Counterclaim-Defendants Move, Inc., National Association of Realtors, and National Association of Home Builders ("Plaintiffs") will and do hereby move for leave, pursuant to Federal Rule of Civil Procedure 30(a)(2)(B), to take the oral deposition of third-party witness B. Jay Bagdis, a founding and former officer of Defendant Real Estate Alliance, Ltd. ("REAL"), who is currently confined in prison.

Plaintiffs seek leave to depose Mr. Bagdis at the Northern Neck Regional Jail in Warsaw, Virginia, where he is currently confined, or at any other detention facility where Mr. Bagdis may be incarcerated, before the close of fact discovery on September 17, 2009 (*see* Dkt. No. 211 ¶ 5) at a date and time that is mutually convenient for the parties and the detention facility. If it is not feasible for the detention facility to allow for the deposition of Mr. Bagdis before September 17, 2009, Plaintiffs move for leave to take Mr. Bagdis' deposition outside of the fact discovery period.

This Motion is based upon this Notice of Motion, the Memorandum of Points and Authorities and the accompanying Declaration of Coby S. Nixon, which are filed concurrently herewith, and the pleadings, records, and files in this action.

Counsel for Plaintiffs consulted with counsel for REAL regarding this Motion by email on July 13, 2009. REAL does not oppose the proposed deposition. As a result, a hearing on the Motion is believed to be unnecessary.

Dated: July 22, 2009.

Respectfully submitted,

/s/ Coby S. Nixon
_____

Frank G. Smith (pro hac vice)
frank.smith@alston.com
Robin L. McGrath (pro hac vice)
robin.mcgrath@alston.com

*Move, Inc. et al. v. Real Estate Alliance Ltd., et al.,*
07-CV-02185

1

MOTION FOR LEAVE
TO DEPOSE B. JAY BAGDIS

LEGAL02/31409409v1

1  Coby S. Nixon (pro hac vice)
2  coby.nixon@alston.com
   ALSTON & BIRD LLP
3  1201 West Peachtree Street
   Atlanta, GA 30309-3424
4  Telephone:(404) 881-7000
   Facsimile:(404) 881-7777
5

6  *Counsel for Plaintiffs and Counterclaim-*
7  *Defendants Move, Inc., National Association*
   *of Realtors, and National Association of*
8  *Home Builders*

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1  MICHAEL G. KING (SBN 145477)
   mking@hgla.com
2  HENNELLY & GROSSFELD LLP
   4640 Admiralty Way, Suite 850
3  Marina del Rey, CA 90292
   Telephone: (310) 305-2100
4  Facsimile: (310) 305-2116

5  FRANK G. SMITH
   frank.smith@alston.com
6  ROBIN L. MCGRATH
   robin.mcgrath@alston.com
7  ALSTON & BIRD, LLP
   1201 West Peachtree Street
8  Atlanta, Georgia 30309
   Telephone: (404) 881-7000
9  Facsimile: (404) 881-7777

10 Attorneys for Plaintiffs and Counterclaim-Defendants,
   MOVE, INC., NATIONAL ASSOCIATION OF REALTORS and
11 NATIONAL ASSOCIATION OF HOME BUILDERS

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| MOVE, INC, ET AL., | Case No. 2:07-CV-02185-GHK-(AJWx) |
|---|---|
| Plaintiffs, | Assigned to: George H. King |
| v. | |
| REAL ESTATE ALLIANCE LTD., ET AL., | **PROOF OF SERVICE** |
| Defendants. | |
| REAL ESTATE ALLIANCE LTD., | |
| Counterclaim-Plaintiff, | |
| v. | |
| MOVE, INC., ET AL., | |
| Counterclaim-Defendants. | |

*Move, Inc. et al. v. Real Estate Alliance Ltd., et al.,*
07-CV-02185

PROOF OF SERVICE

# PROOF OF SERVICE

I am a citizen of the United States and employed in the County of Fulton, State of Georgia. I am over the age of 18 and not a party to the within action. My business address is One Atlantic Center, 1201 West Peachtree Street, Atlanta, Georgia 30309-3424.

On July 22, 2009, I served the following documents:

**PLAINTIFFS' NOTICE OF MOTION AND UNOPPOSED MOTION FOR LEAVE TO TAKE DEPOSITION OF IMPRISONED WITNESS B. JAY BAGDIS; PROPOSED ORDER;**

**PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THEIR UNOPPOSED MOTION FOR LEAVE TO TAKE DEPOSITION OF IMPRISONED WITNESS B. JAY BAGDIS; and**

**DECLARATION OF COBY S. NIXON IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO TAKE DEPOSITION OF IMPRISONED WITNESS B. JAY BAGDIS**

on the interested parties in this action as indicated below:

| | |
|---|---|
| Alexander Kaplan<br>PROSKAUER ROSE LLP<br>1585 Broadway<br>New York, NY 10036-8299<br>Telephone: (212) 969-3000<br>Facsimile: (212) 969-2900<br>EM:  lsolomon@proskauer.com<br>        akaplan@proskauer.com | Attorney for Real Estate Alliance Ltd. |
| S. Montaye Sigmon<br>PROSKAUER ROSE LLP<br>2049 Century Park East, Suite 3200<br>Los Angeles, CA 90067-3206<br>Main Tel: (310) 557-2900<br>Voice Mail: (310) 284-4559<br>Fax: (310) 557-2193 | Attorney for Defendants Real Estate Alliance Ltd. |

*Move, Inc. et al. v. Real Estate Alliance Ltd., et al.,*
07-CV-02185

1

PROOF OF SERVICE

EM:   msigmon@proskauer.com

| | |
|---|---|
| Ronald M. Cordova | Attorney for Diverse |
| 16520 Bake Parkway, Suite 280 | Solutions, Inc. |
| Irvine, CA  92618 | |
| Telephone: (949) 748-3600 | |
| Facsimile: (949) 759-0186 | |
| EM:   advokaat@aol.com | |

[ ]  **(BY MAIL)** I am readily familiar with the business' practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. I know that the correspondence is deposited with the United States Postal Service in the ordinary course of business.  I know that the envelope was sealed and, with postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices, in the United States mail at Atlanta, GA.

[X]  **(BY E-MAIL)** I caused the above-referenced document(s) to be transmitted by e-mail transmission to the interested parties at the appropriate e-mail addresses as listed above or on the attached service list. I did not receive, with a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful. A true and correct copy of the e-mail printout showing the date and time in which it was sent, is attached hereto and incorporated herein by this reference.

[X]  **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

   Executed on July 22, 2009, at Fulton County, Atlanta, Georgia.

*Rosemary K Underwood*

_____

Rosemary Underwood

*Move, Inc. et al. v. Real Estate Alliance Ltd., et al.,*
07-CV-02185                           2                        PROOF OF SERVICE