**Counsel E-Filing Joint Evidentiary Appendix:**
Bert H. Deixler, (SBN 70614)
bdeixler@kbkfirm.com
Laura W. Brill (SBN 195889)
lbrill@kbkfirm.com
KENDALL, BRILL & KLIEGER, LLP
10100 Santa Monica Blvd., Suite 1725
Los Angeles, California 90067
Telephone: (310) 556-2700
Facsimile: (310) 556-2705

*Attorneys for Defendant-Counterclaim Plaintiff Real Estate Alliance, Ltd.*

[Additional counsel appear on next page]

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| MOVE, INC. ET AL.,<br><br>Plaintiffs,<br><br>v.<br><br>REAL ESTATE ALLIANCE, LTD., ET AL.<br><br>Defendants.<br><br>REAL ESTATE ALLIANCE, LTD., ET AL.<br><br>Counterclaim-Plaintiff,<br><br>v.<br><br>MOVE, INC., ET AL.,<br><br>Counterclaim-Defendants. | Case No. 2:07-CV-02185-GHK (AJWx)<br><br>Hon. George H. King<br><br>**JOINT EVIDENTIARY APPENDIX**<br><br>Date: Dec. 12, 2011<br>Time: 9:30 a.m.<br>Courtroom: 650<br><br>Case Filed: Apr. 3, 2007<br>2d Am. Complaint Filed: Jan. 12, 2009<br>Counterclaims Filed: Feb. 11, 2009<br>Trial Date: TBD<br><br>Discovery Cutoff: Sept. 17, 2009<br>Pretrial Conference: TBD |

Attorneys for Plaintiffs-Counterclaim Defendants
Move, Inc., National Association of Realtors,
and National Association of Home Builders

Robin L. McGrath *(pro hac vice)*
robinmcgrath@paulhastings.com
PAUL HASTINGS LLP
600 Peachtree Street, NE, Suite 2400
Atlanta, GA 30308
Telephone: (404) 815-2220
Facsimile (404) 685-5220

Frank G. Smith *(pro hac vice)*
frank.smith@alston.com
Wesley C. Achey *(pro hac vice)*
wes.achey@alston.com
ALSTON & BIRD, LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424
Telephone: (404) 881-7000
Facsimile: (404) 253-8420

Attorneys for Defendant-Counterclaim Plaintiff
Real Estate Alliance, Ltd.

Louis M. Solomon *(pro hac vice)*
louis.solomon@cwt.com
CADWALADER, WICKERSHAM & TAFT LLP
One World Financial Center
New York, NY 10281
Telephone: (212) 504-6000
Facsimile: (212) 504-6666

Attorneys for Defendant-Counterclaim Plaintiff
Real Estate Alliance, Ltd. and Defendant
Equias Technology Development, LLC

Lawrence A. Husick *(pro hac vice)*
Lawrence@lawhusick.com
LIPTON, WEINBERGER & HUSICK
P.O. Box 587
Southeastern, PA 19399-0587
Telephone: (610) 296-8259
Facsimile: (610) 296-5816

JOINT EVIDENTIARY APPENDIX

# TABLE OF CONTENTS
## DEFENDANT / COUNTERCLAIM PLAINTIFF'S EVIDENCE

| Document | Tab | Pages |
|---|---|---|
| Declaration of Colin A. Underwood | R-1 | 1-7 |
| U.S. Patent No. 4,870,576 to Tornetta | R-2 | 8-29 |
| U.S. Patent No. 5,032,989 to Tornetta | R-3 | 30-51 |
| File History for U.S. Patent No. 4,870,576 to Tornetta | R-4 | 52-467 |
| File History for U.S. Patent No. 5,032,989 to Tornetta (including File History of U.S. Patent No. 4,870,576 separately included in Tab R-4) | R-5 | 468-603 |
| *Move, Inc. v. Real Estate Alliance Ltd.*, 413 Fed. Appx. 280 (Fed. Cir. 2011) | R-6 | 604-16 |
| Excerpted Deposition Testimony of Mark Tornetta (taken on 5/18/06 in Civil Action No. 05-3573 – Real Estate Alliance, Ltd. v. Sarkisian et al. et al. in the Eastern District of PA) | R-7 | 617-31 |
| Excerpted Deposition Testimony of B. Jay Bagdis (taken on 6/6/06 in Civil Action No. 05-3573 – Real Estate Alliance, Ltd. v. Sarkisian et al. in the Eastern District of PA) | R-8 | 632-37 |
| Excerpted Deposition Testimony of John Haller (taken on 7/26/06 in Civil Action No. 05-3573 – Real Estate Alliance, Ltd. v. Sarkisian et al. in the Eastern District of PA) | R-9 | 638-42 |
| Excerpted Deposition Testimony of Mark Tornetta (taken on 8/3/09) | R-10 | 643-73 |
| Excerpted Deposition Testimony of Philip S. Dawley (taken on 8/21/09) | R-11 | 674-80 |

| | | | |
|---|---|---|---|
| 1 | Excerpted Deposition Testimony of B. Jay Bagdis | R-12 | 681-95 |
| 2 | (taken on 9/9/09) | | |
| 3 | Excerpted Deposition Testimony of Robert Goldberg | R-13 | 696-706 |
| 4 | (taken on 9/11/09) | | |
| 5 | Excerpted Deposition Testimony of Barry Indyke | R-14 | 707-09 |
| 6 | (taken on 9/17/09) | | |
| 7 | Excerpted Deposition Testimony of Larry S. Nixon | R-15 | 710-17 |
| 8 | (taken on 11/24/09) | | |
| 9 | Excerpted Deposition Testimony of Dennis E. Shasha | R-16 | 718-49 |
| 10 | (taken on 7/27/11) | | |
| 11 | Excerpted Deposition Testimony of Peter Guth | R-17 | 750-67 |
| 12 | (taken on 7/29/11) | | |
| 13 | Excerpted Deposition Testimony of John M. Strawn | R-18 | 768-88 |
| 14 | (taken on 8/2/11) | | |
| 15 | Excerpted Deposition Testimony of Richard A. Killworth | R-19 | 789-98 |
| 16 | | | |
| 17 | (taken on 8/9/11) | | |
| 18 | Excerpted Deposition Testimony of Larry S. Nixon | R-20 | 799-810 |
| 19 | (taken on 8/11/11) | | |
| 20 | Excerpted Deposition Testimony of Todd S. Bacastow | R-21 | 811-83 |
| 21 | (taken on 8/16/11) | | |
| 22 | Excerpted Deposition Testimony of Michael W. Dobson (taken on 8/19/11) | R-22 | 884-908 |
| 23 | | | |
| 24 | Exhibit 306 (Program Following Appendix Flow Diagrams A, Q, R, S, and T) | R-23 | 909-10 |
| 25 | | | |
| 26 | Exhibit 307 (Screenshots of Output by Exhibit 306) | R-24 | 911-18 |
| 27 | Exhibit 10 at the 8/2/11 deposition of John M. Strawn* | R-25 | 919-26 |
| 28 | Exhibit 11 at the 8/2/11 deposition of John M. Strawn* | R-26 | 927-34 |

| # | Description | Ex. | Pages |
|---|---|---|---|
| 1 | Exhibit 12 at the 8/2/11 deposition of John M. Strawn* | R-27 | 935-58 |
| 2-3 | Exhibit 13 at the 8/16/11 deposition of Todd S. Bacastow | R-28 | 959-1178 |
| 4-5 | Exhibit 14 at the 8/16/11 deposition of Todd S. Bacastow | R-29 | 1179 |
| 6-7 | Exhibit 15 at the 8/16/11 deposition of Todd S. Bacastow | R-30 | 1180-1249 |
| 8-9 | Exhibit 22 at the 8/16/11 deposition of Todd S. Bacastow | R-31 | 1250-55 |
| 10 | Exhibit 8 at the 9/11/09 deposition of Robert Goldberg* | R-32 | 1256-57 |
| 11 | Exhibit 21 at the 8/27/09 deposition of Mark Lesswing | R-33 | 1258-63 |
| 12 | Exhibit 22 at the 8/27/09 deposition of Mark Lesswing | R-34 | 1264-66 |
| 13-15 | License Agreement dated January 15, 1988 between Realpro, Ltd. and Synermation, Inc. (REALPRO 000064-90) | R-35 | 1267-93 |
| 16 | Photograph of Workplace floppy disk (BJB001876) | R-36 | 1294 |
| 17 | Document BGDS000434-35 | R-37 | 1295-96 |
| 18-21 | Declaration of B. Jay Bagdis dated 3/27/07 in Civil Action No. 05-3573 – Real Estate Alliance, Ltd. v. Sarkisian et al. in the Eastern District of PA) (EQUIAS002397-98) | R-38 | 1297-98 |
| 22-23 | Supplemental Expert Report of Dennis E. Shasha (served 6/8/11) | R-39 | 1299-1458 |
| 24 | Declaration of Peter Bentz dated 7/7/11 | R-40 | 1459-63 |
| 25 | U.S. Patent No. 5,754,850 to Janssen | R-41 | 1464-86 |
| 26-27 | Document entitled Classified Ad Product Line and dated 12/4/02 | R-42 | 1487-1724 |
| 28 | Letter dated 4/19/06 from Allan Dalton to Robert | R-43 | 1725-32 |

| | | | |
|---|---|---|---|
| 1 | Goldberg* | | |
| 2 | National Association of Realtors Strategic Plan | R-44 | 1733-48 |
| 3 | (approved 11/07) | | |
| 4 | Exhibit 21 at the 8/16/11 deposition of Todd S. | R-45 | 1749-1938 |
| 5 | Bacastow | | |
| 6 | Exhibit 304 | R-46 | 1939-2168 |
| 7 | Appendix filed with U.S. Patent Application Serial No. | | |
| 8 | 06/841,515 on 3/19/86 (matured into U.S. Patent No. | | |
| 9 | 4,870,576 to Tornetta) | | |
| 10 | Blown-up versions of flow diagrams A, Q, R, S, and T | R-47 | 2169-2219 |
| 11 | in Appendix (identified above) | | |
| 12 | Sections 201.08 and 706.03 of the MPEP (5th Ed. Rev. | R-48 | 2220-35 |
| 13 | 11, (April 1989) | | |
| 14 | Printout of "DEMO.BAT" file | R-49 | 2236-68 |
| 15 | Workplace source code (REAL 002085-2644) | R-50 | 2269-828 |
| 16 | Expert Report of Peter Guth (served 6/8/11) | R-51 | 2829-66 |
| 17 | Exhibit E to the Expert Report of Todd Bacastow | R-52 | 2867 |
| 18 | Deposition transcript of Peter Guth (7/29/11) | R-53 | 2868-980 |
| 19 | Screenshots of infringing web sites | R-54 | 2981-2305 |
| 20 | Realtor.com advertisement | R-55 | 2306 |
| 21 | MapInfo Newsletter | R-56 | 2307-16 |
| 22 | Exhibit 294 at the 11/24/09 deposition of Larry Nixon | R-57 | 2317-25 |
| 23 | * Exhibits denoted with an * are confidential. | | |
| 24 | | | |
| 25 | | | |
| 26 | | | |
| 27 | | | |
| 28 | | | |

| Exhibit | Description | Page No. |
|---|---|---|
| MX1 | U.S. Patent 5,032,989 | M1-22 |
| MX2 | U.S. Patent 4,870,576 | M23-44 |
| MX3 | U.S. Patent 4,870,576 Application (Deposition Exhibit 305) | M45-127 |
| MX4 | Deposition Transcript of Todd S. Bacastow dated August 16, 2011 | M128-205 |
| MX5 | Deposition Transcript of Jay Bagdis taken on June 6, 2006 | M206-225 |
| MX6 | Deposition Transcript of Michael Dobson taken on August 19, 2011 | M226-307 |
| MX7 | Deposition Transcript of Dr. Peter Guth taken on July 29, 2011 | M308-334M |
| MX8 | Deposition Transcript of John F. Haller taken on August 6, 2009 | M335-386 |
| MX9 | Deposition Transcript of Barry Indyke taken on September 17, 2009 | M387-400 |
| MX10 | Deposition Transcript of Richard Killworth dated August 9, 2011 | M401-427 |
| MX11 | Deposition Transcript of Dennis E. Shasha taken on July 27, 2011 | M428-499 |
| MX12 | Deposition Transcript of John Strawn taken on August 2, 2011 | M500-554 |
| MX13 | Deposition Transcript of Mark A. Tornetta taken on May 18, 2006 | M555-643 |
| MX14 | Deposition Transcript of Mark A. Tornetta taken on August 3, 2009 | M644-735 |
| MX15 | Transcript of Oral Argument in 2010-1236 *Move v. Real* Appeal | M736-748 |
| MX16 | Deposition Exhibit 44 (REAL006952-7005) | M749-802 |
| MX17 | Deposition Exhibit 45 (REALPRO 0000064-90 Synermation | M803-829 |

| | | |
|---|---|---|
| | License Agreement) | |
| MX18 | Deposition Exhibit 47 (BGDS000434-35 Times Herald Article) | M830-831 |
| MX19 | Deposition Exhibit 48 (BGDS000001-2) | M832-833 |
| MX20 | Deposition Exhibit 52 (REAL 002387-95) | M834-42 |
| MX21 | Deposition Exhibit 54 (REAL 002258- 2307) | M843-892 |
| MX22 | Deposition Exhibit 59 (BJB001865) | M893 |
| MX23 | Deposition Exhibit 82 (Affidavit of John Haller RLMV007901-4) | M894-897 |
| MX24 | Deposition Exhibit 84 (HS 00597-608) | M898-909 |
| MX25 | Deposition Exhibit 85 (HS 00610-34) | M910-934 |
| MX26 | Deposition Exhibit 86 (REAL 003020-26) | M935-941 |
| MX27 | Deposition Exhibit 89 (REAL 000001-219) | M942-1160 |
| MX28 | Deposition Exhibit 95 (HS 00584-86) | M1161-1163 |
| MX29 | Deposition Exhibit 130 (Declaration of Tracy Mahnken) | M1164-1191 |
| MX30 | Deposition Exhibit 152 (EQUIAS002397-98) | M1192-1193 |
| MX31 | Deposition Exhibit 232 (Affidavit of Barry Indyke) | M1194-1195 |
| MX32 | Deposition Exhibit 233 (PBHC0043-52, MapInfo User's Newsletter) | M1196-1205 |
| MX33 | Deposition Exhibit 294 (REAL 003704-10 Notice of Allowability) | M1206-1214 |
| MX34 | Deposition 298 (Supplemental Expert Report of Dennis E. | M1215- |

JOINT EVIDENTIARY APPENDIX

| | | | |
|---|---|---|---|
| | | Shasha dated June 8, 2011) | 1356 |
| | MX35 | Deposition Exhibit 299 (Claim Construction Order dated November 25, 2009) | M1357-1370 |
| | MX36 | Deposition Exhibit 300 (Federal Circuit Order) | M1371-1383 |
| | MX37 | Deposition 302 (Exhibit B to the Supplemental Expert Report of Dennis E. Shasha dated June 8, 2011) | M1384-1401 |
| | MX38 | Deposition Exhibit 341 (Expert Report of Michael Dobson dated July 7, 2011) | M1402-1479 |
| | MX39 | Bacastow Deposition Exhibit 1 (Expert Report of Todd S. Bacastow dated June 9, 2011) | M1480-1579 |
| | MX40 | Bacastow Deposition Exhibit 9 (Expert Rebuttal Report of Todd S, Bacastow dated July 8, 2011) | M1580-1584 |
| | MX41 | Guth Deposition Exhibit 1 (Expert Report of Dr. Peter Guth dated October 2, 2009) | M1585-1622 |
| | MX42 | Killworth Deposition Exhibit 1 (Expert Report of Richard A. Killworth dated July 8, 2011) | M1623-1654 |
| | MX43 | Strawn Deposition Exhibit 1 (Expert Report of John Strawn dated July 8, 2011) | M1655-1724 |
| | MX44 | Tornetta Deposition Exhibit 14( RLMV006354-58) | M1725-1729 |
| | MX45 | Tornetta Deposition Exhibit 15( RLMV006359-60) | M1730-1731 |
| | MX46 | Tornetta Deposition Exhibit 18( RLMV006374-80) | M1732-1738 |
| | MX47 | Tornetta Deposition Exhibit 19( RLMV006381-88) | M1739- |

JOINT EVIDENTIARY APPENDIX

| | | |
|---|---|---|
| | | 1746 |
| MX48 | Joint Brief on Claim Construction dated July 27, 2007 | M1747-1816 |
| MX49 | Summary Judgment Order from *Keithley v. The Homestore.com, Inc.* (03-cv-4447) | M1817-1838 |
| MX50 | RLMV001133-65 (Comparison) | M1839-1871 |
| MX51 | Definition of "choose" | M1872-1873 |
| MX52 | Deposition Transcript of Jay Bagdis taken on September 9, 2009 | M1874-1926 |

JOINT EVIDENTIARY APPENDIX