FRANK G. SMITH
frank.smith@alston.com
ALSTON & BIRD, LLP
1201 West Peachtree Street
Atlanta, Georgia  30309
Telephone:  (404) 881-7000
Facsimile:   (404) 881-7777

Attorneys for Plaintiff
MOVE, INC.

E-FILED 02/29/2012

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOVE, INC.,<br><br>    Plaintiff,<br>v.<br><br>REAL ESTATE ALLIANCE LTD., ET AL.,<br><br>    Defendants. | Case No. 2:07-CV-02185-GHK (AJWx)<br>Assigned to:  George H. King<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION**<br><br>Hearing Date:    TBD<br>Hearing Time:    TBD |
| REAL ESTATE ALLIANCE LTD.,<br><br>    Counterclaim-Plaintiff,<br>v.<br><br>MOVE, INC.,<br><br>    Counterclaim-Defendant. | |

1

# ORDER

After considering the parties' Joint Stipulation and considering the evidence, IT IS HEREBY ORDERED THAT:

A Rule 54(b) final judgment dismissing Claims I-III of REAL's Counterclaims and granting Plaintiffs' Fifth Claim for Relief in Plaintiffs' Second Amended Complaint (declaratory judgment of Non-infringement of the '989 patent) is GRANTED; and a Stay of the entirety of the balance of the case, all claims and all parties, including REAL's claims and defenses at issue in Phase II of this litigation, pending a decision by the Federal Circuit on REAL's appeal is Ordered.

**IT IS SO ORDERED.**

DATED: 2/28/12

_____
The Honorable George H. King
UNITED STATES DISTRICT JUDGE