**JS-6**

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Move, Inc., et al.* | CASE NO. CV 07-cv-02185-GHK (AJWx) |
| Plaintiffs, | |
| v. | JUDGMENT |
| *Real Estate Alliance, Ltd., et al.*, | |
| Defendants. | |

    On January 12, 2009, Plaintiffs Move, Inc., National Association of Realtors, and National Association of Homebuilders ("Move") filed their second amended complaint, seeking a declaratory judgment that U.S. Patents No. 4,870,576 (the "'576 Patent") and U.S. Patent No. 5,032,989 (the "'989 Patent") are invalid, unenforceable, and not infringed. Doc. 198. Defendant Real Estate Alliance, Ltd. ("REAL") filed counterclaims for patent infringement against Move and a number of other entities ("Secondary Defendants").

    On January 26, 2012, we granted summary judgment for Move on the issue of direct infringement. Doc. 493. The Federal Circuit affirmed this ruling on June 20, 2013. Doc. 511. On April 25, 2016, we held that REAL had waived any allegation that Move committed divided direct infringement. Doc. 563. On December 1, 2016, we held

that the '989 Patent was invalid under 35 U.S.C. § 101. Doc. 563. The parties are in agreement that these there orders resolve all issues in this case. Doc. 579.

Accordingly, it is hereby adjudged that Plaintiffs and Secondary Defendants are entitled to judgment that the '576 Patent and the '989 Patent are invalid and not infringed.

**IT IS SO ORDERED**.

DATED: December 16, 2016

_____
GEORGE H. KING
United States District Judge